| United States District Court | | Southern District of Texas |
|---|---|---|
| Michael A. Cannon, | § § § § | |
| Plaintiff, | | |
| versus | § § | Civil Action H-13-2410 |
| Jacobs Field Services North America, Inc., | § § § § | |
| Defendant. | | |

## Final Judgment

Michael A. Cannon takes nothing from Jacobs Field Services North America, Inc.

Signed on February 3, 2015, at Houston, Texas.

Lynn N. Hughes
United States District Judge